IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ELISABETH CHRISMAN, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-17-1309 |
| ) | |
| BOARD OF COUNTY COMMISSIONERS ) | |
| OF OKLAHOMA COUNTY, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF ISSUANCE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS

**TO:  All Counsel**

Please take notice that 7 days after the date of this Notice, pursuant to Rule 45 of the Federal Rules of Civil Procedure the Defendant Board of County Commissioners of Oklahoma County will issue a subpoena for the production of documents and electronically stored information to the following persons at the date and times specified:

**Name:** Ms. Jamie Steffes, LPC, 600 Avant Ave., Oklahoma City, OK 73601.  **Date for Production of Records:** December 26, 2018

A copy of the Subpoena is attached hereto as Exhibit "1"

Dated this 13th day of December, 2018

Respectfully submitted,

s/ Randall J. Wood
Randall J. Wood, OBA #10531
Robert S. Lafferrandre, OBA #11897
Jeffrey C. Hendrickson, OBA # 32798
Pierce Couch Hendrickson
Baysinger & Green, L.L.P.
1109 N. Francis Ave.
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
rwood@piercecouch.com
rlafferrandre@piercecouch.com
jhendrickson@piercecouch.com
***Attorneys for Defendants Board of County Commissioners, Coburn, Rangel, Plascencia, and Whetsel***

**CERTIFICATE OF SERVICE**

This is to certify that on the 13th day of November, 2018, I caused to be mailed a true, correct and exact copy of the above and foregoing instrument, postage thereon prepaid, to the following:

Danny K. Shadid          dshadid@riggsabney.com
David W. Lee             dwlee@riggsabney.com
Riggs Abney Neal Turpen
Orbison & Lewis, P.C.
528 N.W. 12th Street
Oklahoma City, Oklahoma 73102
Telephone: (405) 843-9909
Facsimile: (405) 842-2913
***Attorney for Plaintiff***

Gary J. James            gary@garyjameslaw.com
Gary J. James & Associates
620 N. Robinson Ave., Suite 207
Oklahoma City, Oklahoma 73102
Telephone: (405) 521-9900
Facsimile: (405) 488-0529
***Attorney for Defendants Harrison and Ray***

s/ Randall J. Wood
Randall J. Wood